**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SONER ACUN,
                                    Plaintiff,

                    -against-

MERRILL LYNCH, LIERCE, FENNER AND SMITH,
                                  Defendant.
-----------------------------------------------------------------X



18 CIVIL 7217 (GBD) (SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 2, 2020, Defendant's motion to enforce the settlement agreement, (ECF No. 35), is granted.

**Dated:** New York, New York
           March 3, 2020

                                                  RUBY J. KRAJICK
                                                  _____
                                                      Clerk of Court
BY:
                                                      Deputy Clerk

JUDGMENT WAS ENTERED
ON DOCKET ON 3/3/2020